

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00696-CV

**ESTATE** of Lily Margaret **ARMSTRONG** (a/k/a Lilly Margaret Skoda), Deceased

From the County Court, Kerr County, Texas
Trial Court No. 24774
Honorable Pat Tinley, Judge Presiding

PER CURIAM

Sitting:        Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  January 30, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have fully compromised and settled all issues in dispute. The motion contains a certificate of service to appellee, who is in agreement with the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against the party incurring same. *See id.* 42.1(d).

PER CURIAM